1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (CSBN 0722)
3  Chief, Criminal Division

4  SUSAN KNIGHT (CSBN 209013)
   Assistant United States Attorney
5
       150 Almaden Blvd., Suite 900
6      San Jose, California 95113
       Telephone: (408) 535-5056
7      FAX: (408) 535-5066
       Susan.Knight@usdoj.gov
8
   Attorneys for Plaintiff
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                  SAN JOSE DIVISION
12

13 | UNITED STATES OF AMERICA,        )   No. CR 05-00440 JF
                                      )
14 |     Plaintiff,                   )
                                      )   STIPULATION AND [PROPOSED]
15 |     v.                           )   ORDER EXCLUDING TIME
                                      )
16 | FRANCISCO AVILEZ-VALENZUELA,     )
                                      )
17 |     Defendant.                   )   SAN JOSE VENUE
                                      )
18                                    )
                                      )
19

20
       On August 22, 2005, the parties in this case appeared before the Court for identification of
21
   counsel. At that appearance, the Court appointed Mary Conn to represent the defendant. Since
22
   Ms. Conn needs time to review the discovery in the case and consult with the defendant, the
23
   parties requested that the Court schedule a status hearing before the Honorable Judge Fogel for
24
   September 28, 2005 at 9:00 a.m. and vacate the hearing scheduled for August 25, 2005. In
25
   addition, the defendant, through his counsel, agreed to an exclusion of time under the Speedy
26
   Trial Act from August 22, 2005 to September 28, 2005. The parties agree and stipulate that an
27
   exclusion of time is appropriate based on the defendant's need for effective preparation of
28

STIPULATION AND [PROPOSED] ORDER
No. CR 05-00440 JF                          1

1 | counsel.

2 | SO STIPULATED:     KEVIN V. RYAN
                       United States Attorney

4 | DATED:_____        /s/
                       SUSAN KNIGHT
5                      Assistant United States Attorney

6 | DATED:_____        /s/
7                      MARY CONN
                       Counsel for Mr. Avilez-Valenzuela

10   Accordingly, the Court HEREBY ORDERS that a status hearing be continued from August
11 25, 2005 to September 28, 2005 at 9:00 a.m. before the Honorable Judge Fogel.
12   For good cause shown, the Court FURTHER ORDERS that time be excluded under the
13 Speedy Trial Act from August 22, 2005 to September 28, 2005. The Court finds, based on the
14 aforementioned reasons, that the ends of justice served by granting the requested continuance
15 outweigh the best interest of the public and the defendant in a speedy trial. The failure to grant
16 the requested continuance would deny defense counsel reasonable time necessary for effective
17 preparation, taking into account the exercise of due diligence, and would result in a miscarriage
18 of justice. The Court therefore concludes that this exclusion of time should be made under 18
19 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).
20 SO ORDERED.

22 DATED: 9/19/05        PATRICIA V. TRUMBULL
23                       United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER
No. CR 05-00440 JF                    2

1 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2 | "conformed" signature (/S/) within this efiled document.
3 |
4 | DATED:_____    _____/s/_____
5 |                   SUSAN KNIGHT
                      Assistant United States Attorney
6 |
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

STIPULATION AND [PROPOSED] ORDER
No. CR 05-00440 JF                    3